NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

JOHNNY DANIEL CAYEROS, *Petitioner*.

No. 1 CA-CR 21-0269 PRPC
FILED 12-2-2021

Petition for Review from the Superior Court in Maricopa County
No.  CR2005-009971-001 DT
The Honorable Ronee Korbin Steiner, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Amanda M. Parker
*Counsel for Respondent*

Johnny Daniel Cayeros, Buckeye
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Cynthia J. Bailey, Judge Jennifer M. Perkins and Judge Maria Elena Cruz delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**　　　　Petitioner Johnny Daniel Cayeros seeks review of the superior court's order denying his petition for post-conviction relief.　This is petitioner's first petition.

**¶2**　　　　Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012).　It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.　*See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**　　　　We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.　We find that petitioner has not established an abuse of discretion.

**¶4**　　　　We grant review and deny relief.

